

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMR
F.#1999R00109

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 31, 2008

**By Facsimile**

Frank Daley, Financial Administrator
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

       Re:  United States v. Barry Feerst
            Criminal Docket No. 01-1116 (ILG)

Dear Mr. Daley:

     Earlier today, the government provided the Clerk's Office with a cashier's check in the amount of $41,700, which counsel for the above-named defendant had previously provided us. A copy of the receipt we received from the Clerk's office for this check is attached.

     Please note that this $41,700 constitutes a restitution payment that the above-named defendant agreed to make at or before the date of his sentencing. As the Presentence Report indicates, the total amount of restitution owed by the defendant is $57,060,402. Of this sum, $42,729,147 is allocated to the Medicare program and should be sent to the United States Department of Health and Human Services, HCFA Collections Department, PO Box 7520, Baltimore, Maryland 21207. The remaining $14,331,255 is allocated to the Medicaid program and should be sent to the New York State Attorney General, 120 Broadway, 13th Floor, New York, New York 10006, Attention: Michael Brolowitz.

                         Very truly yours,

                         BENTON J. CAMPBELL
                         United States Attorney

              By:   _____
                         Robert M. Radick
                         Assistant U.S. Attorney
                         (718) 254-6374

cc:  Honorable I. Leo Glasser, Esq. (by ECF)
     Ephraim Savitt, Esq. (by email)
     Andrew Levander, Esq. (by email)

ORIGINAL

A062 SWEDA
(Rev. 4-90)

**359193**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

```
                           10-31-2008(FRI)  10:35 Am
DRAW 2                                      027595
Receipt#359193

1  RESTITUTION              41,700.00
      # 6855XX
   CHK#                      1766678
   TOTAL--»  41,700.00
   CHECK                    41,700.00
```

CASE REFERENCE: 01CR 1116
RECEIVED FROM: Barry Feerst
Restitution

DEPUTY CLERK: EG

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.