## CRIMINAL CAUSE FOR SENTENCING

BEFORE GLASSER, J.        DATE: 11/7/2008        Time: 10:00-10:40

CR-01-1116

DEFT NAME:   **Barry Feerst**

  X present     ___ not present     ___ cust.     X bail

DEFENSE COUNSEL:  **Ephraim Savitt**

  X present     ___ not present     ___ CJA   X RET.   ___ LAS

DEFENSE COUNSEL:  **Andrew J. Levander**

  X present     ___ not present     ___ CJA   X RET.   ___ LAS

**A.U.S.A.: Robert Radick**        CLERK: Ogoro N. Francis

C.R.: Anthony Mancuso              Prob: Jeremy Neiss

INT: (LANG.- )

X   CASE CALLED.              ___  SENTENCING ADJ'D TO _____.

X   SENTENCING HELD.     X   STATEMENTS OF DEFT AND COUNSEL HEARD.

X   DEFT SENTENCED ON COUNT(S)___  **ONE (1)**  ___ OF THE

(Superseding) Indictment / **Information.**

SENTENCE TEXT: **The Defendant is Sentenced to THREE (3) YEARS Probation. As a Special Condition of Supervised Release, the defendant MUST serve 75 HOURS of Community Service. No fine. Restitution not imposed. (ALREADY PAID IN FULL). Special Assessment of ONE HUNDRED ($100). The Defendant was advised of his right to Appeal.**

___ REMAINING OPEN COUNTS ARE DISMISSED ON     ___ GOVTS MOTION

                                                ___ COURT'S MOTION

X COURT ADVISED DEFT OF RIGHT TO APPEAL.       ___ I.F.P. GRANTED.

___ DEFT REMANDED.        ___ DEFT ON BAIL PENDING APPEAL.